THE HONORABLE JUDGE LAUREN KING

MARKUS W. LOUVIER, WSBA #39319
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
Tel: (509) 455-5200
Fax (509) 455-3632
mlouvier@ecl-law.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VERONICA REPPERGER, AMBER LAMAR, CHARRA CALDWELL, and REBEKAH CLARK, on their own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>*Defendant*. | Case No. 2:25-cv-2398<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ULTA SALON, COSMETICS & FRAGRANCE, INC.'S UNOPPOSED EXTENDING RESPONSE DEADLINE AND SETTING DEFENDANT'S MOTION TO DISMISS BRIEFING DEADLINES [ECF NO. 1-1] |

THIS MATTER came before the Court on Defendant Ulta Salon, Cosmetics & Fragrance, Inc.'s Unopposed Motion Extending Response Deadline and Setting Defendant's Motion to Dismiss Briefing Deadlines. The Court having reviewed Defendant's Unopposed Motion, NOW, THEREFORE,

**[PROPOSED] ORDER GRANTING DEFENDANT ULTA SALON, COSMETICS & FRAGRANCE, INC.'S UNOPPOSED MOTION EXTENDING RESPONSE DEADLINE AND SETTING DEFENDANT'S MOTION TO DISMISS BRIEFING DEADLINES [ECF NO. 1-1]** - page 1

IT IS HEREBY ORDERED that Defendant's Unopposed Motion Extending Response Deadline and Setting Defendant's Motion to Dismiss Briefing Deadlines is GRANTED, and the deadlines are extended and set as follows:

| Case Event | New Deadline |
|---|---|
| Defendant's Anticipated Motion to Dismiss to Plaintiffs' Class Action Complaint (ECF No. 1-1) | December 24, 2025 |
| Plaintiffs' Response to Defendant's Motion to Dismiss | January 16, 2026 |
| Defendant's Reply in support of Defendant's Motion to Dismiss | January 30, 2026 |

DATED this 11th day of December 2025

By: /s/ Lauren King
HONORABLE JUDGE LAUREN KING

*Presented By*:

EVANS, CRAVEN & LACKIE, P.S.

/s/ *Markus W. Louvier*
MARKUS W. LOUVIER, WSBA #39319
*Attorney for Defendant*
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
Tel: (509) 455-5200; fax: (509) 455-3632
mlouvier@ecl-law.com

[PROPOSED] ORDER GRANTING DEFENDANT ULTA SALON, COSMETICS & FRAGRANCE, INC.'S UNOPPOSED MOTION EXTENDING RESPONSE DEADLINE AND SETTING DEFENDANT'S MOTION TO DISMISS BRIEFING DEADLINES [ECF NO. 1-1] - page 2