The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA REPPERGER, AMBER LAMAR, CHARRA CALDWELL, and REBEKAH CLARK, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ULTA SALON, COSMETICS & FRAGRANCE, INC.,<br><br>Defendant. | Case No. 2:25-cv-02398-LK<br><br>DEFENDANT'S NOTICE OF CONSTITUTIONAL QUESTION |

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant Ulta Salon, Cosmetics & Fragrance, Inc. states that on December 23, 2025, it filed a Motion to Dismiss Plaintiffs' Class Action Complaint asserting, in relevant part, that Washington's Commercial Electronic Mail Act, Wash. Rev. Code § 19.190, is unconstitutional under the dormant Commerce Clause of the United States Constitution. A true and correct copy of the Motion to Dismiss Plaintiffs' Class Action Complaint is attached as Exhibit 1 to this notice.



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 23rd day of December, 2025.

EVANS, CRAVEN & LACKIE, P.S.

By: */s/ Markus W. Louvier*
MARKUS W. LOUVIER, #39319
818 West Riverside, Suite 250
Spokane, WA 99201
Tel: (509) 455-5200
Fax: (509) 455-3632
mlouvier@ecl-law.com

WILLKIE FARR & GALLAGHER LLP

By: */s/ Craig C. Martin*
CRAIG C. MARTIN (admitted *pro hac vice*)
AMANDA S. AMERT (admitted *pro hac vice*)
DEBRA BOGO-ERNST (admitted *pro hac vice*)
MELANIE L. LEE (admitted *pro hac vice*)
300 North LaSalle Drive
Chicago, IL 60654
Tel: (312) 728-9000
Fax: (312) 728-9199
cmartin@willkie.com
aamert@willkie.com
dernst@willkie.com
mlee@willkie.com

*Attorneys for Defendant Ulta Salon, Cosmetics & Fragrance, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I caused a true and correct copy of the foregoing to be served on the following as indicated below:

David M. Trojanowski
Cory L. Zajdel
Z LAW, LLC
2345 York Road, Suite B-13
Timonium, MD 21093
Tel: (443) 213-1977
dmt@zlawmaryland.com
clz@zlawmaryland.com
***Via ECF***

*Attorneys for Plaintiffs*

Office of the Washington State Attorney General
1125 Washington Street SE
P.O. Box 40100
Olympia, WA 98504-0100
serviceATG@atg.wa.gov
ben.brysacz@atg.wa.gov
luis.oida@atg.wa.gov
joseph.drouin@atg.wa.gov
ellie.page@atg.wa.gov
***Via Email***

DATED this 23rd day of December, 2025.

*/s/ Markus W. Louvier*
MARKUS W. LOUVIER, #39319
818 West Riverside, Suite 250
Spokane, WA 99201
Tel: (509) 455-5200
Fax: (509) 455-3632
mlouvier@ecl-law.com



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632